# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2026
LT Case No. 2021-CP-000761

_____

AMBER JADE F. JOHNSON,

    Appellant,

    v.

AMY R.P. BOMBERGER,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
John Galluzzo, Judge.

Robert C. Wilkins, Jr., of Robert C. Wilkins, Jr., P.L., Orlando,
for Appellant.

Cynthia G. Crider, Winter Garden, for Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____